1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5  1301 Clay St., 3rd Floor
   Oakland, California 94612
6  Telephone: (510) 637-3740
   Fax: (510) 637-3724
7  aaron.wegner@usdoj.gov

8  Attorneys for the United States of America

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 16-00014 YGR
                                        )
14         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER TO
                                        )  CONTINUE ARRAIGNMENT AND EXCLUDE
15     v.                               )  TIME UNDER SPEEDY TRIAL ACT AND RULE
                                        )  5.1 FROM FEBRUARY 4, 2016, TO MARCH 17,
16  JESUS CORTES,                       )  2016
                                        )
17         Defendant.                   )
                                        )
18  _____)

19                                    **STIPULATION**

20         Defendant Jesus Cortes is charged by Information in the above-referenced matter with

21  possession with the intent to distribute controlled substances. The Government has provided copies of

22  discovery in this matter to Cortes consisting of 28 discs containing law enforcement reports, audio

23  recordings, and audio-video recordings. The parties hereby request additional time before the

24  arraignment to allow defense counsel further time to review the discovery and confer with his client and

25  the government regarding a potential disposition of the case. Furthermore, additional time is needed

26  because Cortes is exploring the option of hiring private counsel in this case.

27         The arraignment in this matter is presently scheduled on February 4, 2016, and the parties hereby

28  request that it be continued to March 17, 2016. The parties make this request to allow for reasonable

STIP. AND [PROPOSED] ORDER RESCHEDULING ARRAIGNMENT AND EXCLUDING TIME
CR 16-00014 YGR

time for the effective preparation of counsel.  For all of the reasons stated, the parties believe that good cause exists to exclude and waive time under Federal Rule of Criminal Procedure 5.1(c) and (d) from February 4, 2016 through March 17, 2016, taking into account the public interest in the prompt disposition of a criminal case and the defendant's consent, and to exclude time under the Speedy Trial Act.  18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: February 1, 2016                    Respectfully submitted,

                                           BRIAN J. STRETCH
                                           Acting United States Attorney


                                           _____/s/_____
                                           AARON D. WEGNER
                                           Assistant United States Attorney


                                           _____/s/_____
                                           PETER ARIAN
                                           Counsel for Jesus Cortes

## [~~PROPOSED~~] ORDER

For the reasons stated by the parties, the Court finds that the aforementioned request is supported by good cause and made with the consent of the defendant, Jesus Cortes.  Fed. R. Crim. Proc. 5.1(c) and (d).  The Court therefore finds that an exclusion of time between February 4, 2016 through March 17, 2016, is merited under Federal Rules of Criminal Procedure Rule 5.1(c) and (d) and the Speedy Trial Act under 18 U.S.C. § 3161 and moves the date of the arraignment to March 17, 2016.

IT IS SO ORDERED.

DATED: February  2 , 2016                  _Kandis Westmore_____
                                           HON. KANDIS A. WESTMORE
                                           United States Magistrate Judge

STIP. AND [PROPOSED] ORDER RESCHEDULING ARRAIGNMENT AND EXCLUDING TIME
CR 16-00014 YGR